KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DENY SORTO-FUENTES,<br>    Defendant. | Criminal No. CR 06-0815 SI<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

    The above-captioned matter came before the Court on December 28, 2006, for arraignment on the indictment in United States Magistrate Court. DENY SORTO-FUENTES, was represented by Federal Public Defender Barry Portman, and the government was represented by Philip J. Kearney, Assistant United States Attorney. The Court continued the matter until January 12, 2007 at 11:30 a.m., for the defendant to make his initial appearance before the Honorable Susan Illston in United States District Court.

    The Court made a finding that the time between December 28, 2006, and January

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 06-0815 SI**

12, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on defense counsel's need for additional time to adequately prepare the matter, taking into account the exercise of due diligence. That finding should be made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      The parties hereby agree to and request that the case be continued until January 12, 2007, at 11:00 a.m. and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED:    12/28/06

    /S/
BARRY PORTMAN, ESQ.
Counsel for DENY SORTO-FUENTES

DATED:    12/28/06

    /S/
PHILIP J. KEARNEY
Assistant United States Attorney

So ordered.

DATED: December 29, 2006

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-0815 SI**      2