KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6973
    Facsimile:  (415) 436-7234
    Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-815 SI |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 12, 2007 TO FEBRUARY 16, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(1)(G) & (h)(8)(A)) |
|     v. ) | |
| DENY SORTO-FUENTES, ) | |
|     Defendant. ) | |

The parties appeared before the Court on January 12, 2007. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a change of plea date to February 16, 2007, before the Honorable Susan Illston; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G) & (h)(8)(A), from January 12, 2007 to February 16, 2007. The parties agreed, and the Court found and held, as follows:

    1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective plea negotiations. The exclusion of time is also justified

CR 06-815 SI
STIP. & [PROP.] ORDER

because both the government and defendant are awaiting the transfer of defendant's supervision and supervised release violation from the Southern District of Texas.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 12, 2007 to February 16, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(1)(G) & (h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 12, 2007 to February 16, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(G), (h)(8)(A), & (B)(iv).

4. The Court scheduled a change of plea hearing or status on February 16, 2007, at 11:00 a.m.

IT IS SO STIPULATED.

DATED: _____          /S/
                                      ERIKA R. FRICK
                                      Assistant United States Attorney


DATED: _____          /S/
                                      BARRY S. PORTMAN
                                      Attorney for Deny Sorto-Fuentes

**IT IS SO ORDERED.**

DATED:_____          _____
                                      THE HON. SUSAN ILLSTON
                                      United States District Judge

CR 06-815 SI
STIP. & [PROP.] ORDER                     2