SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ERIKA R. FRICK (CASBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   E-Mail:  erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-815 SI |
|     Plaintiff, ) | **[PROPOSED] ORDER AND STIPULATION CONTINUING SENTENCING HEARING FROM MAY 11, 2007, TO MAY 18, 2007** |
|     v. ) | |
| DENY SORTO-FUENTES, ) | Sentencing Date: May 11, 2007 |
|     Defendant. ) | |

      The parties last appeared before the Court on March 21, 2007. At that time, this case was put over until May 11, 2007 for sentencing, pending location of prior conviction documents and preparation of a presentence report. After discussions, the parties request that the matter be continued one additional week, to May 18, 2007 for sentencing, and stipulate as follows:

No. CR 06-815 SI
[PROPOSED] ORDER AND
STIPULATION

1. On April 19, 2007, Assistant Federal Public Defender Barry Portman filed a seven-page letter with the Probation Office regarding the offense level calculation in this case. Although that letter was delivered to the U.S. Attorney's Office on April 19, AUSA Frick did not receive the letter until the afternoon of April 20, 2007.

2. The Probation Officer informed AUSA Frick today, on April 20, 2007, that he plans to issue his presentence report on Friday, April 27, 2007.

3. AUSA Frick will be unavailable from April 23, 2007 until May 4, 2007, due to her attendance at a training seminar in Columbia, South Carolina.

4. As currently scheduled, the parties' sentencing memoranda would be due on May 4, 2007, the day of AUSA Frick's return. Due to the intensive nature of the training that AUSA Frick will be attending, there will be insufficient time to respond to the arguments set forth in Mr. Portman's letter and in the presentence report.

5. The parties agree to a one-week continuance of time. Failure to grant the continuance would unreasonably deny the government an opportunity to respond to the sentencing arguments at issue.

IT IS SO STIPULATED.

DATED: _____ _____/S/_____
ERIKA R. FRICK
Assistant United States Attorney


DATED: _____ _____/S/_____
BARRY J. PORTMAN
Attorney for Deny Sorto-Fuentes

No. CR 06-815 SI
[PROPOSED] ORDER AND
STIPULATION

**[PROPOSED] ORDER**

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the sentencing hearing currently scheduled for May 11, 2007, to May 18, 2007, before the Honorable Susan Illston.

**IT IS SO ORDERED.**

DATED:_____       _____
                                     THE HON. SUSAN ILLSTON
                                     United States District Court Judge

No. CR 06-815 SI
[PROPOSED] ORDER AND
STIPULATION